# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AMY SMITH HENDERSON | CIVIL ACTION |
| VERSUS | NO:  20-2045 |
| ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | SECTION: "B" (4) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the Chief United States Magistrate Judge, and the failure of any party to file an objection to the Chief Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the Chief United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that the ALJ's decision denying Amy Smith Henderson's claim for Disability Insurance Benefits pursuant to 42 U.S.C. § 405(g) of the Social Security Act is **AFFIRMED**.

New Orleans, Louisiana this 3rd  day of August, 2021

_____
SENIOR UNITED STATES DISTRICT JUDGE